IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Jamie T

Printed: 12/23/08

Case Number: 08 B 22830
Judge: Wedoff, Eugene R
Filed: 8/28/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | River Auto Group Ltd | Secured | 0.00 | 0.00 |
| 2. | Consumer Portfolio Services | Secured | 12,477.00 | 0.00 |
| 3. | River Auto Group Ltd | Unsecured | 115.23 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 65.45 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 610.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 31.50 | 0.00 |
| 7. | Sprint Nextel | Unsecured | 250.38 | 0.00 |
| 8. | United Financial Services | Unsecured | 25.00 | 0.00 |
| 9. | Internal Revenue Service | Priority | | No Claim Filed |
| 10. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 11. | Credit Protection Association | Unsecured | | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 13. | Arm Professional Service | Unsecured | | No Claim Filed |
| 14. | Limited Stores | Unsecured | | No Claim Filed |
| 15. | Metabank | Unsecured | | No Claim Filed |
| 16. | Midamerica | Unsecured | | No Claim Filed |
| 17. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 18. | Professional Account Management | Unsecured | | No Claim Filed |
| 19. | Metropolitan Auto | Unsecured | | No Claim Filed |
| 20. | Torres Credit | Unsecured | | No Claim Filed |
| 21. | Allied Credit | Unsecured | | No Claim Filed |
|  |  |  | $ 13,574.56 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Jamie T | Case Number: 08 B 22830 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/23/08 | Filed: 8/28/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

